No. 2469. VIDAL, APELANTE, *v.* FAGUNDO HERMANOS, APELADO. — Corte de Distrito de Mayagüez. *Injunction.* Resuelto en enero 9, 1923. No habiendo podido llegar a un acuerdo los Sres. Jueces del tribunal por mayoría de votos, ha resultado un empate en la votación y por tanto queda confirmada la sentencia apelada.

No. 2913. OJEDA ET AL., APELADOS-APELANTES, *v.* FERNÁNDEZ ET AL., APELANTES-APELADOS.—Corte de Distrito de San Juan, Distrito Primero. Resuelto en enero 12, 1923. Examinada la moción de desestimación de apelación de la parte demandada y la oposición a dicha moción y las declaraciones juradas acompañadas a la misma, el tribunal estima que existió justa causa para la no presentación del alegato en tiempo y declara no haber lugar a la desestimación solicitada.

No. 2908. SOSA, APELADO, *v.* GONZÁLEZ, APELANTE.—Corte de Distrito de Humacao. Resuelto en enero 12, 1923. Daños y perjuicios. En 15 de diciembre, 1922, la parte apelada presentó moción, notificada a la parte contraria, solicitando la desestimación de la apelación por no haberse presentado el alegato del apelante dentro del término reglamentario. El 21 de dicho mes y año el apelante archivó su alegato sin hacer manifestación alguna del motivo que tuvo para no archivarlo en tiempo. En el acto de la vista el apelado insistió, habiendo el apelante hecho algunas manifestaciones explicando su conducta. Se resolvió desestimar la apelación de acuerdo con los artículos 42 y 60 del Reglamento.

No. 2930. GONZÁLEZ ET AL., *v.* GONZÁLEZ.—Corte de Distrito de Humacao. División de comunidad. Resuelto en enero 15, 1923. Examinada la moción de desestimación presentada por los apelantes y la certificación que a la misma se acompaña, se declara con lugar y se desestima la apelación.